904

No. 335. WESTERN (OLD SETTLER) CHEROKEE INDIANS EX REL. OWEN ET AL. v. UNITED STATES. Court of Claims. Certiorari denied. *Wilfred Hearn* for petitioners. *Solicitor General Perlman, Assistant Attorney General Vanech* and *Roger P. Marquis* for the United States.

No. 351. PITTSBURGH TERMINAL REALIZATION CORP. v. HEINER, TRUSTEE. C. A. 3d Cir. Certiorari denied. *Leonard H. Levenson* for petitioner. *James I. Marsh* for respondent. *Solicitor General Perlman, Roger S. Foster, George Zolotar, David Ferber* and *Ellwood L. Englander* filed a brief for the Securities & Exchange Commission opposing the petition.

No. 367. MARTIN v. UNITED STATES. C. A. 4th Cir. Certiorari denied. *C. Carter Lee* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *J. F. Bishop* for the United States.

No. 368. COMMISSIONER OF INTERNAL REVENUE v. TOBIN ET AL. C. A. 5th Cir. Certiorari denied. *Solicitor General Perlman* for petitioner. *Leroy G. Denman, Jr.* for respondents.

No. 375. STANBACK ET AL. v. ROBERTSON, COLLECTOR OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. *H. Gardner Hudson* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Carlton Fox* and *John R. Benney* for respondent.

No. 379. FREUND v. GULF, MOBILE & OHIO RAILROAD Co. C. A. 8th Cir. Certiorari denied. *Chelsea O. Inman* for petitioner. *Wayne Ely* for respondent.